ACCEPTED
04-15-00732-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/20/2015 5:22:16 PM
KEITH HOTTLE
CLERK

## No. 04-15-00732-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/20/2015 5:22:16 PM

KEITH E. HOTTLE
Clerk

THOMAS MILTON BENSON
AS TRUSTEE OF THE
SHIRLEY L. BENSON TESTAMENTARY TRUST,
*Appellant*,

**v.**

ARTHUR H. BAYERN AND LANGLEY & BANACK, INC.,
*Appellees*.

Appeal from Probate Court No. 2, Dallas County, Texas,
Trial Court Cause 155,572 & 155,572-A

## UNOPPOSED MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant, Thomas Milton Benson, as Trustee of the Shirley L. Benson Testamentary Trust, respectfully moves the Court to dismiss this appeal.

This matter has been settled. In accordance with the parties' settlement agreement, Appellant moves that the Court dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

### PRAYER FOR RELIEF

Appellant prays that this appeal be dismissed, with each party to bear its own costs.

Respectfully submitted,

BECK REDDEN LLP

By:  /s/ *David J. Beck*
  David J. Beck
  State Bar No. 00000070
  dbeck@beckredden.com
  Russell S. Post
  State Bar No. 00797258
  rpost@beckredden.com
  Troy Ford
  State Bar No. 24032181
  tford@beckredden.com
  Owen J. McGovern
  State Bar No. 24092804
  omcgovern@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

***Attorneys for Appellant***

## CERTIFICATE OF CONFERENCE

I certify that my office conferred with Counsel for Appellee, and Appellee does not oppose the requested extension.

/s/ *David J. Beck*
David J. Beck

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, a true and correct copy of the above and foregoing motion was forwarded to all counsel of record by the Electronic Filing Service Provider as follows:

Ellen B. Mitchell
DYKEMA COX SMITH
112 E. Pecan St., Suite 1800
San Antonio, TX 78205
emitchell@dykema.com

*Attorneys for Appellees*
*Phil Hardberger and*
*Dykema Cox Smith*

Steven R. Brook
Langley & Banack, Inc.
745 E. Mulberry, Ste. 900
San Antonio, TX 78212
sbrook@langleybanack.com

*Attorneys for Appellees*
*Arthur H. Bayern and*
*Langley & Banack, Inc.*

Bennett L. Stahl
CURL STAHL GEIS
700 N. St. Mary's St., Suite 1800
San Antonio, TX 78205
blstahl@csg-law.com

Harriet O'Neill
LAW OFFICE OF HARRIET O'NEILL, P.C.
919 Congress Ave., Suite 1400
Austin, TX 78701
honeill@harrietoneilllaw.com

Emily Harrison Liljenwall
SCHOENBAUM, CURPHY & SCANLAN, P.C.
112 E. Pecan, Suite 3000
San Antonio, TX 78205
eliljenwall@scs-law.com

Douglas Alexander
ALEXANDER, DUBOSE, JEFFERSON & TOWNSEND LLP
515 Congress Ave., Suite 2350
Austin, TX 78701
dalexander@adjtlaw.com

*Attorneys for Renee Benson*

/s/ David J. Beck
David J. Beck

3